[Dogmuf] [Order Granting Motion for Payment Unclaimed Funds]

ORDERED.

Dated: 7/6/17

K. Rodney May
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                    Case No. 8:15-bk-12725-KRM
                                                          Chapter 13
Tafoya Sherese Hill

_____Debtor*_____/

### ORDER GRANTING MOTION FOR PAYMENT OF UNCLAIMED FUNDS

THIS CASE came on for consideration, without a hearing, of the Motion for Payment of Unclaimed Funds (Document No. 27) (the "Motion"). The Motion was filed on June 12, 2017, by Dilks & Knopik, LLC on behalf of Tafoya Sherese Hill. Having verified that the sum of $ 1,457.38 has been deposited in the Unclaimed Funds Registry of the Court, the Court finds that the Motion should be granted.

Accordingly it is

**ORDERED:**

1. The Motion is granted.

2. The Court's Financial Deputy shall prepare a payment voucher to be sent to the United States Treasury, for payment of the sum of $ 1,457.38 to:

Tafoya Sherese Hill
c/o Dilks & Knopik, LLC
35308 SE Center Street
Snoqualmie, WA 98065-9216

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.

The Clerk's office is directed to serve a copy of this order on interested parties.

Original to Financial Administrator